### BUFFALO BAYOU CO. v. LORENTZ.
#### (No. 5466.)

(Court of Civil Appeals of Texas. San Antonio. April 7, 1915.)

APPEAL AND ERROR ☞1135 — FAILURE TO SHOW FUNDAMENTAL ERROR — AFFIRMANCE.

Where the court on appeal struck out the statement of facts and refused to reinstate it, the judgment will be affirmed, in the absence of fundamental error.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 4454, 4455; Dec. Dig. ☞ 1135.]

Appeal from Harris County Court, at Law; Clark C. Wren, Judge.

Action between the Buffalo Bayou Company and H. Lorentz. From a judgment for the latter, the former appeals. Affirmed.

John Charles Harris and Harris & Harris, all of Houston, for appellant. Thomas S. Taliaferro, of Houston, for appellee.

---

CARL, J. The statement of facts in this case was stricken out by the Galveston Court of Appeals, from which this case was transferred to this court, and on November 13, 1914, in a written opinion reported in 170 S. W. 1052, that court overruled a motion to reinstate said statement of facts. A second motion to reinstate such statement of facts has been filed in this court, which motion has this day been overruled.

Therefore, since there is no statement of facts in the record, and no fundamental error appears, the judgment of the trial court will be affirmed.

Judgment affirmed.

---

⬯⬯For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes